

Representing Management Exclusively in Workplace Law and Related Litigation

| Jackson Lewis P.C. | | | | |
|---|---|---|---|---|
| 666 Third Avenue | ALBANY, NY | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| New York, New York 10017 | ALBUQUERQUE, NM | HARTFORD, CT | MORRISTOWN, NJ | RAPID CITY, SD |
| Tel 212 545-4000 | ATLANTA, GA | HONOLULU, HI* | NEW ORLEANS, LA | RICHMOND, VA |
| Fax 212 972-3213 | AUSTIN, TX | HOUSTON, TX | NEW YORK, NY | SACRAMENTO, CA |
| www.jacksonlewis.com | BALTIMORE, MD | INDIANAPOLIS, IN | NORFOLK, VA | SALT LAKE CITY, UT |
| | BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | SAN DIEGO, CA |
| | BOSTON, MA | KANSAS CITY REGION | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| | CHICAGO, IL | LAS VEGAS, NV | ORLANDO, FL | SAN JUAN, PR |
| | CINCINNATI, OH | LONG ISLAND, NY | PHILADELPHIA, PA | SEATTLE, WA |
| | CLEVELAND, OH | LOS ANGELES, CA | PHOENIX, AZ | ST. LOUIS, MO |
| | DALLAS, TX | MEMPHIS, TN | PITTSBURGH, PA | STAMFORD, CT |
| | DAYTON, OH | MIAMI, FL | PORTLAND, OR | TAMPA, FL |
| | DENVER, CO | MILWAUKEE, WI | PORTSMOUTH, NH | WASHINGTON, DC REGION |
| | DETROIT, MI | MINNEAPOLIS, MN | PROVIDENCE, RI | WHITE PLAINS, NY |
| | GRAND RAPIDS, MI | | | |

Direct Dial: (212) 545-4005
Email Address: EkelmanF@jacksonlewis.com

*through an affiliation with Jackson Lewis P.C., a Law Corporation

June 8, 2016

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/16
```

**VIA ECF**

Honorable Paul G. Gardephe
United States District Court
Southern District Court of New York
40 Foley Square, Room 2204
New York, New York 10007

Re: De La Cruz, et. al. v. City of New York,
14-cv-9220 (PGG)

Dear Judge Gardephe:

Our office represents Defendant, the City of New York ("Defendant") in connection with the above referenced matter. We write to respectfully request the status conference scheduled for July 7, 2016 be rescheduled for a different date. I am lead trial counsel for Defendant in this matter and unable to appear on the 7th because of a previously scheduled commitment for another matter. Plaintiffs' counsel consents to our request. Both parties are available to reschedule the conference on July 6, 2016.

Thank you for your time and consideration in this matter.

Respectfully Submitted,

JACKSON LEWIS P.C.

/s/ Felice B. Ekelman

Felice B. Ekelman, Esq.

cc: Gregory K. McGillivary (via ECF)
Hope Pordy (via ECF)

4829-9413-3042, v. 1

**MEMO ENDORSED**

The Application is granted. The conference will proceed on July 6, 2016 at 11:30 A.M.

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.

Dated: June 10, 2016