UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIANA DE LA CRUZ et al.,<br><br>    Plaintiffs,<br><br> -against-<br><br>CITY OF NEW YORK,<br><br>    Defendant. | **ORDER**<br><br>14 Civ. 9220 (PGG) |
| JACQUELINE WILLIAMS et al.,<br><br>    Plaintiffs,<br><br> -against-<br><br>CITY OF NEW YORK,<br><br>    Defendant. | **ORDER**<br><br>16 Civ. 8671 (PGG) |
| MARC FEINER et al.,<br><br>    Plaintiffs,<br><br> -against-<br><br>CITY OF NEW YORK,<br><br>    Defendant. | **ORDER**<br><br>16 Civ. 8675 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    As stated at yesterday's conference, the parties in the above-captioned cases will file a joint status letter every two weeks, beginning on **April 21, 2022**. These letters will apprise the Court regarding the status of settlement, including the specific steps the parties have taken and will be taking to resolve these cases.

Dated: New York, New York
April 8, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge